Harris v. Dickson.

Judgment affirmed.

EDWIN HARRIS
v.
WILLIAM DICKSON.

EXCEPTIONS—Exceptions to the ruling of the court below must be taken.

APPEAL from the Circuit Court of Fulton county; the Hon. S. P. SHOPE, Judge, presiding. Opinion filed October 24, 1882.

Mr. H. W. BAUGHMAN and Mr. H. W. MASTERS, for appellant.

Messrs. GRAY & WAGGONER, for appellee.

PER CURIAM. The bill of exceptions in this case shows no motion for new trial nor any exception to any ruling of the trial court.

We are therefore precluded from inquiring into the sufficiency of the evidence to support the finding of the court, or the correctness of its ruling in overruling the motion for a new trial. Knott et al. v. Swannell, 91 Ill. 25.

Judgment affirmed.